AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | Case No. | 2:13-mj-318-RAM |
| | ) | | |
| Maritza Elizabeth Velazquez, | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A CONTINUED DETENTION HEARING

Upon motion by the government, a continued detention hearing on the government's motion to detain is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Boulevard South,<br>Las Vegas, Nevada 89101<br>**Before the Honorable Magistrate Judge Robert A. McQuaid, Jr.** | Courtroom No.: | 3C |
|---|---|---|---|
| | | Date and Time: | Wednesday, May 15, 2013 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: May 15, 2013

*Judge's signature*

ROBERT A. McQUAID, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*